UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:17-CR-133-H

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER |
| v. | |
| MARIE L. BLACKWOOD-MURRAY | |

Upon good cause shown, the Court hereby GRANTS the Defendant's Motion to Terminate Supervised Release. Ms. Blackwood-Murray's supervised release is hereby TERMINATED.

IT IS SO ORDERED.

This 21st day of September, 2020.

_____
MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE